United States Courts
Southern District of Texas
FILED

*October 09, 2025*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| **VS.** | § | **CRIMINAL NO.** | |
| | § | | **4:25-cr-534** |
| **JOANNA MARIE JOSEPH (1)** | § | | |
| **VICLINE GILL ST. HILAIRE (2)** | § | | |
| **TERRY LYNN BOLDEN (3)** | § | | |
| **QUENN CRAIG KINNEY (4)** | § | | |
| **DELICIA DEBORAH GARZA (5)** | § | | |

**INDICTMENT**

The United States Grand Jury charges:

At all times material herein:

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against losses up to $250,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2. American Express National Bank ("American Express"), was a financial institution the deposits of which were insured by the FDIC.

**COUNT 1**
(Conspiracy - 18 U.S.C. § 371)

**A.   INTRODUCTION**

1. The Grand Jury adopts, realleges, and incorporates herein the allegations in paragraphs 1-2 of the Introduction of this Indictment as if set out fully herein.

**B.     THE CONSPIRACY AND ITS OBJECTS**

2.   From on or about January 1, 2024 and continuing until on or about July 1, 2024, in the Houston Division of the Southern District of Texas and elsewhere,

**JOANNA MARIE JOSEPH (1),**
**VICLINE GILL ST. HILAIRE (2),**
**TERRY LYNN BOLDEN (3),**
**QUENN CRAIG KINNEY (4), and**
**DELICIA DEBORAH GARZA (5)**

Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud American Express, a financial institution the accounts of which were insured by the FDIC, and to obtain money, funds, and property under the custody and control of the above-listed financial institution, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344 (Bank Fraud);

**C.     THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means of the conspiracy were as follows:

3.   The conspirators agreed to engage in credit account schemes to defraud American Express, the financial institution.

4.   The conspirators entered Lowe's stores throughout the Southern District of Texas and elsewhere and applied for Lowe's American Express credit accounts using multiple unknowing victims' personal identifying information.

5.   The conspirators, while posing as the unknowing victims, obtained instant in-store credit through the Lowe's American Express credit accounts. The conspirators used real personal identifying information of the unknowing victims but also used fictitious email addresses that the conspirators had access to.

2

6.    The conspirators then conducted same-day, high-dollar fraudulent transactions using the newly obtained Lowe's American Express credit accounts at Lowe's stores in the Southern District of Texas and elsewhere.

7.    The conspirators' scheme resulted in the use and attempted use of at least 60 victim identities and attempted losses to Lowe's and American Express of approximately $863,175.81. The conspirators' scheme caused an actual loss to Lowe's and American Express of $591,183.17 in posted fraud charges on the credit accounts.

## D.    OVERT ACTS

8.    In furtherance of the conspiracy, and to effect the objects thereof, the defendants performed and caused to be performed, among others, the overt acts set forth in Counts Two through Eleven of this indictment, hereby re-alleged and incorporated as if fully set forth in this Count of the indictment.

In violation of Title 18, United States Code, Section 371.

### COUNTS 2-11
### (Bank Fraud - 18 U.S.C. § 1344)

## A.    INTRODUCTION

1.    The allegations in paragraphs 1-2 of the Introduction of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

## B.    THE SCHEME TO DEFRAUD

2.    Beginning on or about January 1, 2024, and continuing through at least July 1, 2024, in the Houston Division of the Southern District of Texas, and elsewhere,

3

**JOANNA MARIE JOSEPH (1),**
**VICLINE GILL ST. HILAIRE (2),**
**TERRY LYNN BOLDEN (3),**
**QUENN CRAIG KINNEY (4), and**
**DELICIA DEBORAH GARZA (5)**

Defendants herein, did knowingly execute and attempt to execute a scheme and artifice to defraud

American Express, a financial institution the deposits of which were insured by the FDIC, and to

obtain moneys and funds owned by and under the custody and control of the above-listed financial

institutions, by means of false and fraudulent pretenses, representations, and promises as further set

forth in the counts below.

**C.    THE MANNER AND MEANS OF THE SCHEME**

3.    Among the manner and means by which the defendant sought to accomplish and did

accomplish the purpose of the scheme to defraud are the acts set forth in paragraphs 3 through 7 of

Count One of this Indictment, hereby re-alleged and incorporated as if fully set forth in these counts.

**D.    EXECUTION OF THE SCHEME AND ARTIFICE**

4.    On or about the following dates, the defendants executed and attempted to execute the

scheme and artifice set forth above by knowingly and fraudulently conducting the transactions

described in the counts below, using a credit account that had been unlawfully obtained:

| COUNT | DATE | ACCOUNT NUMBER | LOCATION | TRANSACTION AMOUNTS |
|-------|------|----------------|----------|---------------------|
| **TWO** | March 27, 2024 | *41008 | Lowe's Store #97 | $9,504.00 |
| **THREE** | April 4, 2024 | *01006 | Lowe's Store #97 | $11,189.07 $2,436.66 |
| **FOUR** | May 8, 2024 | *91003 | Lowe's Store #282 | $6,494.35 $2,597.74 |

| | | | | $882.35 |
|---|---|---|---|---|
| **FIVE** | May 5, 2024 | *71002 | Lowe's Store #685 | $1,970.37 |
| **SIX** | May 3, 2024 | *21004 | Lowe's Store #1053 | $7,088.30 |
| **SEVEN** | May 5, 2024 | *71002 | Lowe's Store #1570 | $1,149.72 |
| **EIGHT** | April 1, 2024 | *91008 | Lowe's Store #1898 | $9,155.95 $548.67 |
| **NINE** | May 7, 2024 | *51005 | Lowe's Store #1898 | $5,552.20 $4,351.39 $1,765.72 |
| **TEN** | May 14, 2024 | *01000 | Lowe's Store #1898 | $6,296.30 $3,451.12 |
| **ELEVEN** | February 26, 2024 | *91004 | Lowe's Store #1511 | $11,071.12 $2,575.29 |

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 12-21
### (Aggravated Identity Theft- 18 U.S.C. § 1028A)

From on or about January 1, 2024 until on or about July 1, 2024, in the Houston Division of

Southern District of Texas and elsewhere,

**JOANNA MARIE JOSEPH (1),**
**VICLINE GILL ST. HILAIRE (2),**
**TERRY LYNN BOLDEN (3),**
**QUENN CRAIG KINNEY (4), and**
**DELICIA DEBORAH GARZA (5)**

Defendants herein, did knowingly transfer, possess, and use, without lawful authority, a means of

identification of another, that is, the names and dates of birth of the real persons listed below, during

5

and in relation to a violation of 18 U.S.C. Section 1344 (Bank Fraud) and 18 U.S.C. Section 1029(a)(3) (Access Device Fraud):

| COUNT | DATE | VICTIM |
|---|---|---|
| TWELVE | March 27, 2024 | E.T. |
| THIRTEEN | April 4, 2024 | R.L. |
| FOURTEEN | May 8, 2024 | B.P. |
| FIFTEEN | May 5, 2024 | K.P. |
| SIXTEEN | May 3, 2024 | E.I. |
| SEVENTEEN | May 5, 2024 | K.P. |
| EIGHTEEN | April 1, 2024 | A.B. |
| NINETEEN | May 7, 2024 | D.M. |
| TWENTY | May 14, 2024 | E.K. |
| TWENTY-ONE | February 26, 2024 | M.T. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 982(a)(6))

Pursuant to Title 18, United States Code, Section 982(a)(6), the United States gives notice to the defendants,

**JOANNA MARIE JOSEPH (1),**
**VICLINE GILL ST. HILAIRE (2),**
**TERRY LYNN BOLDEN (3),**
**QUENN CRAIG KINNEY (4), and**
**DELICIA DEBORAH GARZA (5)**

that in the event of conviction of the offenses charged in Counts Two through Eleven of this

Indictment, the United States intends to seek forfeiture of all conveyances used in and of all property

used to facilitate, or intended to be used to facilitate, the commission of the offenses.

**Money Judgment and Substitute Assets**

The United States gives notice that it will seek a money judgment against each defendant. In

the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the

United States will seek to forfeit any other property of the defendants up to the value of the property

subject to forfeiture.

A TRUE BILL:

Original Signature on File

_____

FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Karen M. Lansden*

KAREN M. LANSDEN
Assistant United States Attorney
713-567-9413

7